William R. WINKLER and Jackee Winkler,
Appellants,

v.

Shannon CORMAN and Louise Corman,
Appellees.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Rehearing Denied Feb. 7, 1975.

Ben K. Wilmot, Stanford, for appellants.

James F. Clay, Clay & Clay, Danville, for appellees.

Memorandum Opinion of the Court by Special Commissioner JOHN P. HAYES, affirming.*

Dallas HALL, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Dec. 6, 1974.

Rehearing Denied Feb. 7, 1975.

John G. Fogle, Mt. Sterling, for appellant.

Ed W. Hancock, Atty. Gen., Douglas E. Johnson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

* Opinion ordered not to be published.